**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| M.M., individually and as the legal representative of the Estate of John Doe 1 et al., | ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No.      1:21cv2783 (TNM) |
| | ) |
| ISLAMIC REPUBLIC OF IRAN, | ) |
| | ) |
| Defendant. | ) |

## EXPERT AFFIDAVIT OF PHILLIP SMYTH

I, PHILLIP SMYTH, have personal knowledge of the facts and circumstances described herein and, if called, would testify in open court to the same. I swear or affirm:

## I.      QUALIFICATIONS & EXPERIENCE

1.      My research on Iran's utilization of proxy groups in the Middle East, including Afghanistan, started in 2006 when I began my travels to the region and established a number of research databases detailing propaganda material distributed by Iranian proxy groups in Lebanon and Iraq.

2.      In 2012, I was given a research fellowship at the Global Research in International Affairs ("GLORIA") Center at IDC Herzliya. The GLORIA Center was "founded by the late Professor Barry Rubin ... produces up-to-date, accurate analysis and reporting on modern Middle East affairs, using primary sources and exclusive on-the-ground contacts throughout the region."[1]

3.      From 2015 until 2018, I was a researcher at the University of Maryland's Laboratory for Computational Cultural Dynamics ("UMD-LCCD"), a lab focused on using

---

[1] The Rubin Center for Research in International Affairs, 2018, http://portaJ.idc.ac.il/en/main/research/pages/rubin.aspx.

technology to assess political and militant groups. At UMD-LCCD, I focused on assessing leadership structures within Iranian proxy groups, including organizations such as Lebanese Hizballah. Additionally, Pakistani Sunni militant groups associated with the Taliban and al-Qa'ida (also referred to herein as "al-Qaeda") were assessed by UMD-LCCD.

4.      I created Hizballah Cavalcade on the website Jihadology.net and posted around 40 articles between 2013 and 2016. This project pioneered the use of social media-based data and analysis to assess new Iranian-backed militant organizations and their activities. These posts provided the first written assessments of at least ten emerging Iranian proxy groups.

5.      In 2015, I was appointed to an adjunct fellow position at The Washington Institute for Near East Policy ("TWI"). My work there primarily focused on covering Iranian proxy groups in the Middle East. Founded in 1985, TWI is "committed to advancing U.S. interests in the Middle East" and is the "largest research institute devoted exclusively to the study of the Middle East."[2]

6.      In 2018, I was made a Soref Fellow for TWI where I continued my research on Iranian-backed proxy groups stretching from Pakistan to Lebanon up until 2021. My main project as a Soref Fellow was The Shia Militia Mapping Project, a regularly updated map that primarily tracks Iran's Shia Islamist proxies across the Middle East. As a fellow at TWI, I regularly interacted with members of other think tanks who research and write about Iranian proxy affairs and relationships, and I have been invited to speak about Iranian policies regarding their proxy groups during The Institute for National Security Studies' annual terrorism conference in 2019.

---

[2] "Mission & History," The Washington Institute for Near East Policy, 2018, https://www.washingtoninstitute.org/about/mission-and-history.

7.      I have been a guest lecturer at American University, Georgetown University, George Washington University, The National Defense University, Tufts University (Fletcher School), and Glendale College. The focus of my lectures has often been to cover how Iran utilizes proxy groups and the different organizations Tehran has spawned since 1979.

8.      I have appeared or have been quoted by major news outlets regarding Iran's activities to craft proxy groups, terrorist organizations, and new forms of research on terrorism. Some of these news media organizations include ABC, American Spectator, AFP, the Associated Press, Al-Arabiya, Asharq al-Awsat, Al-Jazeera, BBC (World, Arabic, and Persian), Blogs of War, Buzzfeed, The Boston Globe, Brookings Institute, Business Insider, The Carnegie Endowment, The Center for New American Security, Christian Science Monitor, CTC Sentinel-West Point, the Committee to Protect Journalists, The Daily Star (Lebanon) , the Council On Foreign Relations , Fox News, The Huffington Post, The Independent (UK), the Financial Times, Foreign Policy Magazine, The Guardian, IDC Herzliya, International Business Times, Jerusalem Post, Mashable, Middle East Policy, the Middle East Quarterly, MSNBC, Mother Jones, The New York Times, The National Review, National Public Radio, Newsweek, Public Radio International, Politico, Radio Free Europe/Radio Liberty, the RAND Institute, Reuters, Syria Comment, Time Magazine, The Tower Magazine, The Wall Street Journal, The Washington Post, The Week, The Weekly Standard, The Wilson Center, Vice, Vox, and Zenith Magazine (Germany).

9.      My work on Iranian-backed groups has been cited in over 25 scholarly books published between 2010 and 2020. I am also currently writing a book on Iranian-backed Shia militias.

10.     I have organized and conducted interviews with numerous Iranian-backed militia leaders and fighters originating from Afghanistan, Iraq, Lebanon, Pakistan, and Syria. Some of these interviews were done overseas, over the phone, and others using the internet. My work has included briefings with elements of the United States government, including the Department of Defense, Department of State, Department of Treasury, and others. Additionally, I have briefed elements linked to NATO and various police and government agencies for various European and Middle Eastern governments.

11.     I have testified before various committees of the United States Congress about Iranian proxy growth and use in the Middle East, have briefed members of Congress on matters dealing with counterterrorism and Iran policy since 2013, and continue to advise elected members in state and federal governments.

12.     I was recently qualified as an expert witness on the topics of "(1) the relationships between Iran and the militia groups it has backed and (2) the explosive devices used in attacks by these groups" in the case of *Fissler v. Islamic Republic of Iran*. Case No. 1:18cv3122, 2022 WL 4464873, at *2 (D.D.C. Sept. 26, 2022).

## II.     DOCUMENTS REVIEWED

13.     I have reviewed the Complaint filed in this case, as well as declassified material, official U.S. congressional reports dealing with the war in Afghanistan, documents related to Iranian support for extremist elements—particularly the Haqqani Network, the Taliban, and Lebanese Hizballah—open-source articles, books covering al-Qa'ida, the Taliban, and Iran, and peer-reviewed journal pieces. Some of this material includes private interviews with former U.S. government officials familiar with Afghanistan. I also utilized a decade of personal notes dealing with tactics, leadership, and organizational details related to Iranian proxies. Open-source foreign

language sources (especially those in Arabic) including Iranian IRGC-linked social media in Arabic and Persian (including Dari), Islamic State Khorasan social media, and Taliban social media were also used to assess Iran's links to the Zanbaq Square attack.

## III.   BACKGROUND STATEMENT

14.     The May 31, 2017 bombing attack at Zanbaq Square in Kabul bears a number of hallmarks of incidents carried out by Iran's proxies throughout the Middle East since the rise of the Islamic Republic in 1979. The use of proxies to execute Tehran's ends is Iran's primary strategy to extend its influence both regionally and globally. Furthermore, these proxies have functioned as the main form used to attack the United States and its allies. Iranian material support and other forms of facilitation for the interconnected Haqqani Network, Taliban, and al-Qa'ida are merely extensions of this decades long policy.

15.     In particular, the use of vehicle borne improvised explosive devices ("VBIEDs"), more commonly referred to as car or truck bombs, is an institutionalized technique utilized by Tehran. The Attack mimicked historical VBIED attacks organized and orchestrated by Iran and its proxies. The strategy of how the Haqqani Network claimed responsibility for the attack also matches a number of strategies pioneered by Iran to distract from a proxy's or their own responsibility. Based on the facts of the attack, it appears American personnel and their allies were the primary target of this bombing.

## IV.   IRAN'S ALLIES OF CONVENIENCE & MAINTENANCE OF PROXIES

16.     The Islamic Republic of Iran, a Shia Islamic theocracy, has regularly been described as a country with a sectarian (pro-Shia) bent. This pro-Shia oriented foreign policy has been demonstrated by Tehran's construction of dozens of Shia militia groups across the Middle East and its support for Shia parties in regional governments. However, simply because its end

goal is a Shia Islamist government that pulls in all of Islam under its belt, this does not mean that Iran is not highly pragmatic and often seeks out groups with different ideological standpoints or even oppositional ones to Tehran.

17.     The use of the Taliban, and interconnected networks within it, to gain in their fight against the United States has been a strategy utilized by Tehran since the onset of the Islamic Republic in 1979. Iran has and continues to maintain strong connections with groups that they have contemporaneously or historically had contentions relationships.

18.     Ideologically, the Islamic Republic of Iran has actively pushed that its main enemy in the world is the United States. This has been religiously and politically represented by the Iranian leadership in the reference to the United States as, "The Great/Greatest Satan" (*al-Shaytan al-Akbar*). Attacks that have targeted Iran, its allies, and others in the Middle East are often written off by Tehran as having been plotted by a conspiracy with the United States at the center. Regularly, violent attacks that have targeted a wide variety of Islamic sects have been cast as a way for the United States to destroy the pan-Islamic leadership Iran seeks to attain and create sectarian disunity. Following the al-Qa'ida in Iraq attack on the al-Askari Shrine in 2006, Iran's Supreme Leader summarized the event as a "political crime [that] should be traced to the intelligence organizations of the occupiers of Iraq [the United States] and the Zionists [Israel]."[3]

19.     In keeping with its goals to battle the United States as its primary and ultimate foe, Iran has employed a vast array of proxy groups and allies.  For example, within Iran's Shia militia proxy army in Iraq, Tehran would often facilitate the splintering of leading organizations to maintain more control over individual commanders. In 2013, the Iranians allowed for the

---

[3] "Leader's Message on Desecration of holy Askariya Shrine in Samarra," Khamenei.IR, February 22, 2006, https://web.archive.org/web/20221114131006/http://english.khamenei.ir/news/229/Leader-s-Message-on-Desecration-of-holy-Askariya-Shrine-in-Samarra.

growth of Kata'ib Sayyid al-Shuhada ("KSS") and Harakat Hizballah al-Nujaba ("HHN"). KSS was an offshoot of the Badr Corps and Kata'ib Hizballah, Iran's most loyal Iraqi groups, and HHN emerged from Asa'ib Ahl al-Haq, another major Iranian proxy in Iraq. While the new organizations took on their own roles of recruitment and even fought alongside Badr and Asa'ib Ahl al-Haq, both groups were grown from the leadership ranks of the aforementioned, had to compete for recruits, had fluctuating funding from Iran, and were given press attention by Iran (in the form of direct Iranian media and the creation of separate media arms for the groups). All of this created a strategy of tension where these organizations maintained loyalty to Iran and still carried out Iran's goals in Iraq and Syria. These groups continued and escalated violent activities against the U.S. without causing internal feuds amongst themselves or against Iran.[4]

20.     In other cases, Iran's proxy groups functioned less like its Shia militias in Iraq, maintained ideological opposition to one another, and/or even ideologically opposed Iran. In Iraq, the group that would eventually become the Islamic State, (at the time generally referred to as al-Qa'ida in Iraq or AQI) found haven in Iran. According to one of Osama bin Laden's bodyguards and Jordanian Intelligence, in 2003, Abu Musab al-Zarqawi, the group's leader, was allowed into Iran.[5] While he was temporarily imprisoned, he was still allowed to leave the country.[6] Iran even refused to extradite the wanted terrorist to Jordan.[7] Zarqawi, the fervently anti-Shia founder of AQI, went on to destroy major Shia shrines In Iraq, murder thousands, and years after his death, his group eventually grew to nearly conquer Iraq in 2014.[8]

---

[4] *See* Phillip Smyth, The Shiite Jihad in Syria and its Regional Effects, The Washington Institute, 2015.
[5] Jean-Charles Brisard and Damien Martinez, Zarqawi: The New Face of Al-Qaeda, (Cambridge: Polity Press, 2005) P.95.
[6] *Id.*
[7] *Id.*
[8] It is important to note that the 2014 incarnation of AQI (the Islamic State or ISIS), actively fought Iran's direct Shia militia proxies in Iraq.

21.     Tehran's well-documented cooperation with AQI is reflective of a policy based on basic dovetailing of its interests and hopes to benefit from second order effects that negatively impact its main foes, even if Iran was also countered by the group. Proxies it often has less control over or has fewer intrinsically shared qualities, serve these goals. This form of cooperation and proxy building is analogous to Iran's dealings with the Taliban and its interlinked Haqqani Network. Relating to this, while Iran actively sponsored and maintained links with many factions within the Taliban, it maintained other deep links with the Taliban's adversaries within the Hazara and Tajik communities within the former Afghan government.[9]

22.     Iran's approach to the Taliban and Afghanistan as a whole has been described as "ambiguous" by some analysts.[10] Iranian activities involving cooperation and utilization of the Taliban and associated factions to exact its policies of pushing the United States from Afghanistan was a continuing feature for country. Thus, Iran worked its strategy of crafting splinter elements and using them to push its influence and execute attacks. In 2020, a Taliban faction known as *Hezb-e Walayat-e Islami* (The Party of the Islamic Guardianship), was based in Iran.[11] The group actively opposed any peace agreements between Afghan groups (including the Taliban) and the United States.[12]

23.     Iran's support extended into numerous sections linked with the Taliban and Haqqani Network. According to analyst Prakash Jangid, "Other opposition includes Iran-linked Taliban's former military chief Mullah Qayum Zakir and former military commission Chief,

---

[9] Alireza Nader, Ali G. Scotten, Ahmad Idrees, Rahmani Robert Stewart, and Leila Mahnad, Iran and Afghanistan: A Complicated Relationship, RAND, 2014, pp. 5–7.
[10] Sajjan M. Gohel, "Iran's Ambiguous Role in Afghanistan," March 2010, https://ctc.usma.edu/irans-ambiguous-role-in-afghanistan; Farzin Nadimi, "Iran Sets Its Eyes on Afghanistan," The Washington Institute, July 19, 2021, https://www.washingtoninstitute.org/policy-analysis/iran-sets-its-eyes-afghanistan.
[11] Frud Bezhan, "Iranian Links: New Taliban Splinter Group Emerges That Opposes U.S. Peace Deal," Radio Free Europe/Radio Liberty, June 9, 2020, https://www.rferl.org/a/afghanistan-taliban-splinter-group-peace-deal-iranian-links/30661777.html.
[12] *Id.*

Ibrahim Sadr."[13] Zakir was opposed to any peace agreement with the United States and in 2022

on went on to be the Taliban's leader for the Taliban administered Panjshir Province.[14]

24.     Sadr has been described as, "a key Revolutionary Guards ally among the

Taliban."[15] According to the U.S. Department of the Treasury, "In 2018, Iranian officials agreed

to provide Ibrahim [Sadr] with monetary support and individualized training in order to prevent a

possible tracing back to Iran.  Iranian trainers would help build Taliban tactical and combat

capabilities."[16] Sadr, a former Guantanamo detainee, held the belief that links with Iran were

needed for the Taliban to balance their other close relationships with Qatar and Pakistan. By

2021, he was appointed to be the deputy minister of interior and served under Sirajuddin

Haqqani, the leader of the Haqqani Network.[17]

25.     Another Taliban faction supported by Iran was *Feday-e Mahaz* (Front of

Sacrifice). The group was, "part of mainstream Taliban along with financial and training support

from the Iranians."[18] Feday-e Mahaz was a splinter for the Taliban for some time. The group was

involved in numerous violent actions against the Taliban until sections of it had a quasi-

reconciliation with the Taliban.[19] The group is controlled by Haji Najibullah, a U.S. indicted

---

[13] Prakash Jangid, "Understanding the Taliban's Factional Challenge," Nepal Institute for International Cooperation and Engagement, July 22, 2021, https://niice.org.np/archives/7117.

[14] Bill Roggio, "Taliban Appoints Former Guantanamo Bay Detainee to Lead Fight in Panjshir," Long War Journal, August 21, 2022, https://www.longwarjournal.org/archives/2022/08/taliban-appoints-former-guantanamo-bay-detainee-to-lead-fight-in-panjshir.php.

[15] Antonio Giustozzi, "Russia and Iran: Disappointed Friends of the Taliban?," RUSI, September 30, 2021, https://www.rusi.org/explore-our-research/publications/commentary/russia-and-iran-disappointed-friends-taliban.

[16] "Treasury and the Terrorist Financing Targeting Center Partners Sanction Taliban Facilitators and their Iranian Supporters," Department of the Treasury, October 23, 2018, https://home.treasury.gov/news/featured-stories/treasury-and-the-terrorist-financing-targeting-center-partners-sanction.

[17] Bill Roggio, "Influential Taliban commanders appointed to key positions in new regime," Long War Journal, September 21, 2021, https://www.longwarjournal.org/archives/2021/09/influential-taliban-commanders-added-to-taliban-government.php.

[18] Prakash Jangid, "Understanding the Taliban's Factional Challenge," Nepal Institute for International Cooperation and Engagement, July 22, 2021, https://niice.org.np/archives/7117.

[19] Andrew Watkins, "Taliban Fragmentation: Fact, Fiction, and Future," March 2020, p. 10, https://www.usip.org/sites/default/files/2020-03/pw_160-taliban_fragmentation_fact_fiction_and_future-pw.pdf.

terrorist leader who kidnapped and killed Americans, including a New York Times journalist, Feday-e Mahaz has also killed a Swedish journalist in Afghanistan.[20] It was even claimed (by the Taliban when the group more readily opposed them) that Feday-e Mahaz had strong links to the Islamic State faction in Afghanistan (aka the Islamic State-Khorasan).[21]

26.     The issue of why Iran facilitates so many different and often potentially oppositional links to new proxies takes on numerous qualities. The Iranian playbook at times pits factions against one another, including even its most loyal proxies, in order to achieve multiple ends. This does not mean oppositional factions do not cooperate or even reconcile. Nevertheless, Iran is still granted continued influence. Thus, maintaining links and encouraging the actions of a variety of proxies, allows the Islamic Republic to achieve a variety of ends, including, but not limited to, preserving its control over foreign political structures, control over powerful groups, and the ability to maintain a variety of methods to strike at the United States and its allies.

## V.     WEB OF CONNECTIONS: IRAN, THE HAQQANI NETWORK, AL-QA'IDA, AND THE TALIBAN

27.     The Haqqani Network, a U.S. designated foreign terrorist organization, is a quasi-autonomous organization, and functions as the Taliban's core leadership and fighting group.[22] According to the U.S. Office of the Director of National Intelligence, "The Haqqani Network is responsible for some of the highest-profile attacks of the Afghan war."[23] The Haqqani Network has and continues to actively work in concert with other terrorist organizations. In particular, it has integrated with al-Qa'ida. Currently, the Haqqani Network is the leading faction within the

---

[20] "Revised Indictment Adds New Charges Against Afghan Man Held In U.S.," Radio Free Europe/Radio Liberty, October 8, 2021, https://www.rferl.org/a/afghanistan-us-indictment-najibullah-terrorism-/31498786.html.
[21] Shereena Qazi, "Deadly Taliban infighting erupts in Afghanistan," Al-Jazeera, November 9, 2015, https://www.aljazeera.com/news/2015/11/9/deadly-taliban-infighting-erupts-in-afghanistan.
[22] Jake Harrington and Jared Thompson, "Zawahiri's Death and What's Next for al Qaeda," CSIS, August 4, 2022, https://www.csis.org/analysis/zawahiris-death-and-whats-next-al-qaeda.
[23] Counter Terrorism Guide, "Haqqani Network," Director of National Intelligence, https://www.dni.gov/nctc/groups/haqqani_network.html.

Taliban's Afghanistan, holding numerous high-level government and military positions.[24] In a 2021 report Anas Haqqani, a major Haqqani Network and Taliban leader, and brother of Haqqani leader Sirajuddin Haqqani stated, "We are the Taliban."[25] Combined with the Haqqani Network's history of advanced suicide bombing tactics, its deep political strengths, and strong clan network of organizing, the organization presented both risks and potential rewards for Iran and its strategy in Afghanistan.

28.     The group has had their own friction with Tehran. The Haqqani Network would regularly target Shia Muslims. The Haqqani Network also shared close links with Pakistan's intelligence services and Sunni Muslim ethnic rebel groups that were in conflict with Iran.[26] Nevertheless, historically and in more recent history, Iran built close links to elements within Haqqani Network and continued its assistance to al-Qa'ida elements that worked within and in conjunction with the Haqqani Network. As analysts Colin Clarke and Asfandyar Mir note, "The relationship between al-Qaeda and Iran is neither novel nor recent."[27]

29.     Following the attacks of September 11, 2001, numerous high level al-Qa'ida members found safe haven in Iran. Richard Clarke notes, "the al Qaeda management team, or Shura Council, moved across the border into Iran after US forces invaded Afghanistan."[28] Iran also facilitated the flow of al-Qa'ida and pro-al-Qa'ida fighters to Afghanistan.[29]

---

[24] Sudarsan Raghavan, "The U.S. branded the Haqqanis terrorists and issued $5 million bounties. Now they're in power in the Taliban government," Washington Post, September 11, 2021, https://www.washingtonpost.com/world/asia_pacific/haqqanis-afghanistan-taliban/2021/09/10/71f82620-123b-11ec-baca-86b144fc8a2d_story.html.
[25] Ahmed-Waleed Kakar, "Taliban, the Next Generation: an Interview with Anas Haqqani," August 30, 2021, https://newlinesmag.com/reportage/taliban-the-next-generation/.
[26] Antonio Giustozzi, "Russia and Iran: Disappointed Friends of the Taliban?," RUSI, September 30, 2021 https://www.rusi.org/explore-our-research/publications/commentary/russia-and-iran-disappointed-friends-taliban.
[27] Asfandyar Mir and Colin P. Clarke, "Making Sense of Iran and al-Qaeda's Relationship," Lawfare Blog, March 21, 2021, https://www.lawfareblog.com/making-sense-iran-and-al-qaedas-relationship.
[28] Richard Clarke, Against All Enemies: Inside America's War on Terror, (New York: Simon & Schuster, 2008), p. 284.
[29] "The Guantanamo Docket," The New York Times, June 15, 2021, https://www.nytimes.com/interactive/2021/us/guantanamo-bay-detainees.html#detainee-579.

30.     With the U.S. killing of al-Qa'ida mastermind Usama bin Laden in 2011, his deputy, Dr. Ayman al-Zawahiri took control of the group. Zawahiri held close connections to the Haqqani Network and Iran. The network Zawahiri emerged from was Egypt's al-Gama'a al-Islamiyyah (The Islamic Group) and al-Jihad al-Islamiyyah ([the Egyptian] Islamic Jihad). Zawahiri went on to lead Egyptian Islamic Jihad and it later merged with al-Qa'ida, becoming its Egyptian branch.

31.     Zawahiri and his network were early supporters of Ayatollah Khomeini's "Islamic Revolution" in Iran.[30] Offering intelligence on Egyptian military moves, Zawahiri and his Egyptian Islamic Jihad group were granted military training by the Iranians.[31] Al-Gama'a al-Islamiyyah and Egyptian Islamic Jihad were also reportedly part of a meeting held by Iranian intelligence in October 1997.[32] The Egyptian government has also accused Iran of directly supporting the groups.[33]

32.     Zawahiri was hardly the only al-Qa'ida leader who received training and support from Iran. In 2020, the New York Times reported that at the behest of the U.S., the Israeli Mossad assassinated Abdullah Ahmed Abdullah, the mastermind behind the 1998 truck bombings of the U.S. embassies in Tanzania and Kenya.[34] According to U.S. intelligence sources cited in the New York Times, al-Qa'ida organized an attack in Saudi Arabia in 2003 from Iran.[35]

---

[30] Thomas Joscelyn, "Iran, the Muslim Brotherhood, and Revolution," Long War Journal: Threat Matrix, January 28, 2011, https://www.longwarjournal.org/archives/2011/01/iran_the_muslim_brotherhood_an.php.
[31] Lawrence Wright, The Looming Tower: Al-Qaeda and the Road to 9/11, (New York City: Alfred A. Knopf/Random House), 2011, p. 197.
[32] Hillary Mann, "Iranian Links to International Terrorism: The Khatemi Era," The Washington Institute, January 28, 1998, https://www.washingtoninstitute.org/policy-analysis/iranian-links-international-terrorism-khatemi-era.
[33] John Moore, "The Evolution of Islamic Terrorism: An Overview," PBS Frontline, https://www.pbs.org/wgbh/pages/frontline/shows/target/etc/modern.html.
[34] Tal Axelrod, " Israeli agents killed Al Qaeda's No. 2 official on street in Iran: report," The Hill, November 13, 2020, https://thehill.com/policy/international/middle-east-north-africa/525965-israeli-agents-killed-al-qaedas-no-2-official.
[35] Douglas Jehl and Eric Schmitt, "AFTEREFFECTS: HAVENS; U.S. Suggests a Qaeda Cell in Iran Directed Saudi Bombings," New York Times, May 21, 2003, https://www.nytimes.com/2003/05/21/world/aftereffects-havens-us-suggests-a-qaeda-cell-in-iran-directed-saudi-bombings.html.

Saif al-Adel, a leading al-Qa'ida head who was involved in al-Qa'ida's 1998 embassy bombings in Kenya, was given safe haven in Iran.[36] Adl had been living in the country since 2001 and led al-Qa'ida before the ascension of Zawahiri as the main leader of al-Qa'ida.[37] He was widely expected to succeed Zawahiri, following his killing by U.S. forces in August 2022.[38] According to analyst Behnam Ben Taleblu, "With the killing of al-Zawahiri, the next up – believed to be number two of al-Qaeda – is assumed to be in Iran."[39]

33.     When Zawahiri was killed in 2021 by a U.S. drone strike, the White House noted that, "Senior Haqqani Taliban figures were aware of Zawahiri's presence in Kabul."[40] BBC reporting added later that Zawahiri was, "living in that villa smack in the centre of Kabul and said to belong to Sirajuddin Haqqani."[41] A senior Taliban security director told CBS News that it was Haqqani Network leader Sirajuddin Haqqani who was directly responsible for Zawahiri's presence in Kabul.[42]

34.     The Haqqani Network and Taliban's links to Iran go as far back as al-Qa'ida's. Between 2000-2001, Khirullah Khairkhwa, one of the founders of the Taliban, was moved to Herat to facilitate a better relationship with Iran.[43] By 2013, the Taliban had attended Iran's

[36] Kevin Liptak, Kylie Atwood, Natasha Bertrand, Maegan Vazquez, Donald Judd and Nick Paton Walsh, " US kills al Qaeda leader Ayman al-Zawahiri in drone strike in Afghanistan," CNN, August 2, 2022, https://www.cnn.com/2022/08/01/politics/joe-biden-counter-terrorism/index.html.
[37] Lawrence Wright, The Looming Tower: Al-Qaeda and the Road to 9/11, (New York City: Alfred A. Knopf/Random House), 2011, p. 434.
[38] Antony Blinken, "The Death of Ayman al-Zawahiri," U.S. State Department, August 1, 2022, https://www.state.gov/the-death-of-ayman-al-zawahiri/.
[39] "Al-Qaeda's Next Leader Is Sheltered In Iran -- Think Tank," Iran International, August 3, 2022, https://www.iranintl.com/en/202208034453.
[40] "Background Press Call by a Senior Administration Official on a U.S. Counterterrorism Operation," The White House, Press Release, August 1, 2022, https://www.whitehouse.gov/briefing-room/press-briefings/2022/08/01/background-press-call-by-a-senior-administration-official-on-a-u-s-counterterrorism-operation.
[41] Lyse Doucet, "Ayman al-Zawahiri: Shock in Kabul as US kills al-Qaeda leader," BBC, August 2, 2022, https://www.bbc.com/news/world-asia-62393618.
[42] Camilla Schick, "Taliban denies knowledge of al-Zawahiri's presence in Kabul, with some members blaming its Haqqani faction," CBS News, August 4, 2022, https://www.cbsnews.com/news/ayman-al-zawahiri-killed-taliban-say-they-didnt-know-al-qaeda-leader-was-in-kabul.
[43] "The Guantanamo Docket," The New York Times, June 15, 2021, https://www.nytimes.com/interactive/2021/us/guantanamo-bay-detainees.html#detainee-579.

"Islamic Vigilance" conference and had publicly visited the country numerous times in the years following.[44] In 2016, the Iranian semi-official Tasnim News, an outlet with close links to Iran's Islamic Revolutionary Guard Corps, publicly announced that Iran was in communications with the Taliban for "intelligence purposes."[45] By 2020, the Haqqani Network's links to Iran were reportedly growing stronger.[46] In 2021, the Wall Street Journal reported the Haqqani Network and Taliban was and had received weapons and other support from Iran.[47]

35.     Despite occasional friction, the Haqqani Network, al-Qa'ida, and the Taliban have all benefited from Iran's direct and indirect support. Common enemies and Iran's hopes to obscure some of its actions against them created an opportunity for Iran and this has translated out into countless acts of terrorism, insurgent attacks, and other forms of violence. It is my opinion, to a reasonable degree of professional certainty, that due to the interlinked and overlapping nature of the Haqqani Network, al-Qa'ida, and the Taliban, and their collective receipt of substantial Iranian assistance, the VBIED attack executed in Zanbaq Square attained a higher level of quality and tactical planning.

## VI.     THE RISE OF THE TALIBAN'S IRANIAN-INSPIRED SUICIDE VBIEDS

36.     The Zanbaq Square bombing employed tactics that have been in regular usage with Iran and its proxy groups. These tactics were pioneered by Iran and have been actively spread by Tehran to a variety of their proxies.

---

[44] Farhad Peikar, "Why did the Taliban go to Tehran?," The Guardian, May 22, 2015, https://www.theguardian.com/world/iran-blog/2015/may/22/taliban-delegation-official-visit-tehran-iran-isis.

[45] "Iran is in Contact with the Taliban of Afghanistan for Intelligence," Tasnim News, December 11, 2016, https://tinyurl.com/27pjerwe.

[46] Frud Bezhan, "Iranian Links: New Taliban Splinter Group Emerges That Opposes U.S. Peace Deal," Radio Free Europe/Radio Liberty, June 9, 2020, https://www.rferl.org/a/afghanistan-taliban-splinter-group-peace-deal-iranian-links/30661777.html.

[47] Sune Engel Rasmussen, "Taliban's Return in Afghanistan Poses a Balancing Act for Iran," The Wall Street Journal, August 19, 2021, https://www.wsj.com/livecoverage/live-afghanistan-taliban-news/card/SkQ4MQUhiWmaXhcprD83.

37.    Since the early 1980s, Tehran has actively employed the use of VBIEDs. These attacks have regularly featured explosives packages that exceed the more normative smaller sized explosives seen in numerous other car bombings around the globe. In 1983, the Iranian-controlled Lebanese Hizballah utilized a suicide VBIED with the explosive force of 6 tons of TNT on U.S. Marine Corps peacekeepers, killing over 240.[48] Once again in 1983, Lebanese Hizballah detonated a one-ton suicide VBIED at the U.S. embassy in Beirut, killing over 60.[49] The 1996 Khobar Barracks bombing follows an extremely similar tactic and strategy to the Zanbaq Square attack and drew from other Iranian-inspired and led VBIED attacks in the 1980s. That bombing was executed using a mix of Iranian proxy groups and members located in Lebanon, Saudi Arabia, and Iraq. Killing 19 servicemen and wounding hundreds, the Khobar bombing used the equivalent of 10 tons of TNT.[50]

38.    Cooperation between al-Qa'ida and Iran in this period was recorded by the 9/11 Commission. "A small group of al Qaeda operatives subsequently traveled to Iran and Hezbollah camps in Lebanon for training in explosives, intelligence and security. Bin Laden reportedly showed particularly interest in Hezbollah's truck bombing tactics in Lebanon in 1983 that killed 241 Marines."[51] During this training, an understanding of the VBIED tactics used by Iranian-backed groups was likely transferred to the group. Following the Khobar bombing, it was looked to as a success story and model for jihadist groups trained and equipped by the Iranians. While Iran was directly responsible for this attack, signs of al-Qa'ida involvement were also present.

---

[48] Richard Ernsberger, "1983 Beirut barracks bombing: 'The BLT Building is gone!'," Marine Times, October 23, 2019, https://www.marinecorpstimes.com/news/your-marine-corps/2019/10/23/1983-beirut-barracks-bombing-the-blt-building-is-gone/.

[49] Kirit Radia, "Beirut U.S. Embassy Bombing 25 Years On," ABC News, April 18, 2007, https://abcnews.go.com/International/story?id=4682319&page=1.

[50] Lt. Gen. James F. Record, Independent Review of the Khobar Towers Bombing, Memorandum for Air Force Chief of Staff, October 31, 1996, https://irp.fas.org/threat/khobar_af/recordf.htm.

[51] "Overview of the Enemy—Staff Statement Number 15," 9/11 Commission, April 16, 2004.

The respect for, understanding of, and later utilization of these techniques were brought to bear by al-Qa'ida in Africa during their 1998 VBIED attacks in Kenya and Tanzania.

39.     Additionally, the type of VBIED used in the attack was incredibly similar to the type of truck used in the Zanbaq Square attack. According to a U.S. Air Force report on the Khobar attack, "An Air Force security policeman, Staff Sergeant Alfred R. Guerrero, spotted unknown individuals backing up what appeared to be a cylindrical-shaped sewage truck perpendicular to the north perimeter fence."[52] The Zanbaq Square attack featured a sewage tanker of a similar size with a heavier payload.

40.     Described as having been, "packed with explosives,"[53] the Zanbaq Square bomb's makeup included the use of ammonium nitrate and plastic explosive material. Ammonium nitrate is regularly associated with the creation of fertilizers, but is also a key component in creating many different types of explosives. In fact, the Oklahoma City bombing in 1995 used a VBIED that featured ammonium nitrate coated in gasoline as the explosive.

41.     While now common in numerous types of explosive devices (including VBIEDs), this type of bomb makeup and its use in VBIEDs was pioneered by Iran. In the case of the Oklahoma City bombing, the use of an ammonium nitrate bomb led some authors and analysts to theorize there may have been an Iranian connection.[54] Ammonium nitrate has been so heavily utilized by Iran and its proxies, particularly Lebanese Hizballah, that ammonium nitrate

---

[52] James Risen and Jane Perlez, "Terrorism and Iran: Washington's Policy Performs a Gingerly Balancing Act," New York Times. June 23, 2001.

[53] "No Safe Place": Insurgent Attacks on Civilians in Afghanistan, Human Rights Watch, May 8, 2018, https://www.hrw.org/report/2018/05/08/no-safe-place-insurgent-attacks-civilians-afghanistan.

[54] See: Jayna Davis, The Third Terrorist: The Middle East Connection to the Oklahoma City Bombing, (2004). It is important to note that this claimed connection has not been substantiated by the FBI, other members of federal or local law enforcement, or the U.S. government. However, it does demonstrate that the use of an ammonium nitrate explosive-based VBIED, along with other geopolitical parallels, was viewed as a logical link between Iran and the Oklahoma City bombers.

stockpiling was regularly associated by international and U.S. intelligence and law enforcement as a sign any potential terror attacks that may be launched by that group or Iran.[55]

42.     Hizballah, a key Iranian proxy, perfectly demonstrates Iran's ammonium nitrate-focused bomb making strategy. The examples of ammonium nitrate-based VBIEDs and other types of explosives by the group are nearly innumerable. Major bombing incidents, such as the 1994 AMIA Jewish Community Center VBIED bombing in Buenos Aires,[56] used an ammonium nitrate type bomb, as did the smaller 2012 Hizballah-executed the Burgas bombing in Bulgaria.[57]

43.     Reports also claimed that Iran sold Lebanese Hizballah around 670 tons of ammonium nitrate from 2013–2014.[58] In 2013, a Hizballah operative was jailed in Thailand for smuggling and hiding three tons of ammonium nitrate.[59] In 2015, British intelligence stopped a Lebanese Hizballah plot that involved the stockpiling of three tons of ammonium nitrate to be used in the United Kingdom.[60] The group's focus on this type of explosive led Nathan Sales, U.S. Department of State Coordinator for Counterterrorism to note, "The question then becomes, why would Hizballah stockpile ammonium nitrate on European soil?  The answer is clear.  Hizballah put these weapons in place so it could conduct major terrorist attacks whenever it – or its masters in Tehran – deemed necessary."[61]

---

[55] Toby Dershowitz and Dylan Gresik, "Hezbollah's History with Ammonium Nitrate: The Danger to Europe," FDD, September 25, 2020, https://www.fdd.org/analysis/2020/09/25/hezbollah-ammonium-nitrate-europe/.
[56] "Iranian Terror. Argentinian Cover Up. Justice at Last?," New York Times, December 11, 2017, https://www.nytimes.com/2017/12/11/opinion/argentina-kirchner-iran-nisman.html
[57] "Swedish-Lebanese Man Jailed in Thailand for Hiding Bomb Material," Voice of America, September 18, 2013, https://www.voanews.com/a/swedish-lebanese-man-jailed-in-thailand-for-hiding-bomb-material/1751942.html
[58] "Report: Iran sold Hezbollah hundreds of tons of ammonium nitrate in 2013," Times of Israel, August 20, 2020, https://www.timesofisrael.com/report-iran-sold-hezbollah-hundreds-of-tons-of-ammonium-nitrate-in-2013/.
[59] https://www.voanews.com/a/swedish-lebanese-man-jailed-in-thailand-for-hiding-bomb-material/1751942.html.
[60] UK said to have foiled 2015 Hezbollah London bomb plot, then covered it up, Times of Israel, June 10, 2019, https://www.timesofisrael.com/uk-said-to-have-covered-up-fact-it-foiled-2015-hezbollah-bomb-plot-near-london/.
[61] "Remarks at AJC Hizballah/Europe Event," U.S. Department of State, September 17, 2020, https://web.archive.org/web/20201125171725/https://www.state.gov/remarks-at-ajc-hizballah-europe-event/.

44.     The stockpiling of ammonium nitrate-based explosives also washed over into the United States, when in 2019, a Lebanese Hizballah operative was sentenced to 40 years in prison after he smuggled ammonium nitrate into the U.S. and had studied "martyrdom operations" (aka suicide bombings) using them.[62] In a 2016 speech, Lebanese Hizballah secretary general Sayyid Hassan Nasrallah did not hide the group's or Iran's obsessive use of the chemical compound, saying "The residents of Haifa [Israel] are worried about a deadly attack, with or without a war. They worry in any case. They are afraid of a large, deadly attack on the ammonia plants. These plants are in Haifa, and possibly even beyond the city. The tanks in the ammonia production facility contain 15 thousand tons of gas which will cause the deaths of tens of thousands."[63]

45.     The knowledge gained from Iranian training and support was clearly present in the car and truck bombs utilized by the Haqqani Network, al-Qa'ida, and the Taliban throughout the Afghanistan conflict. The tactics and form of the VBIED used during the Zanbaq Square bombing parallels Iran's and its other proxies' historical use of VBIEDs. Without the assistance and established track record provided by Iran, it is highly unlikely that the Taliban and the Haqqani Network would have been able to pull off the attack in Zanbaq Square.

## VII.    INCENTIVIZING DEATH: FINANCIAL ASSISTANCE TO THE TALIBAN

46.     In combat theaters like Afghanistan, Iran uses political and military trends that dovetail with economic hardships to craft individuals more inclined to commit violent acts, particularly against Americans. The offer of Iranian funds allows for groups to whom Tehran has

---

[62] Tom Winter and Robert Windrem, "Hezbollah 'sleeper' agent in New York gets 40-year prison sentence," NBC News, November 26, 2019, https://www.nbcnews.com/politics/national-security/prosecutors-ask-life-term-new-york-man-who-wanted-die-n1091421.
[63] Roi Kais, "Nasrallah: Ammonia plant in Haifa is my atomic bomb," YNet News, February 16, 2016, https://www.ynetnews.com/articles/0,7340,L-4767144,00.html.

subcontracted anti-American activities, such as the Taliban, to obtain an added level of power and operational capabilities.

47.     For decades, Afghanistan has been beset by economic issues along with the ebbs and flows of a multipolar conflict. The Diplomat contends that the Afghan economy, "does not get much attention in global economic reports, mainly because it is smaller in size and less integrated with the world economy… This is essentially a growth recession, a situation in which the economy is growing but at a slow rate, triggering unemployment like a true recession"[64]

48.     These conditions allow for the perfect environment for Iran to encourage and engage proxy groups and push fighters into more extreme anti-American positions. Furthermore, the addition of hefty supplementary capital allows for the Taliban to rapidly and effectively develop and deploy forces eager to attack U.S. interests within Afghanistan. In addition to direct funding, Iran also provides substantial financial support to the Taliban by enabling the group's international narcotics trade.

49.     A direct Iranian cash pipeline was crafted for the Taliban. This pipeline was established by Iran with the express goal of encouraging the killing Americans and U.S. allies. According to U.S. government documents, Iran approached eight major Taliban leaders in 2005 with a scheme to pay approximately $1,700 for each killed Afghan soldier and $3,500 for an Afghan official.[65] The purpose of this program was to undermine the stability of the U.S.-backed Afghan government and complicate American efforts in the region. Starting in 2006, Abdullah Samad Faroqui (aka Samad), the Taliban's "Shadow governor" of Afghanistan's Herat Province,

---

[64] Shoaib A. Rahim, "What the COVID-19 Outbreak Means for Afghanistan's Troubled Economy," The Diplomat, April 11, 2020, https://thediplomat.com/2020/04/what-the-covid-19-outbreak-means-for-afghanistans-troubled-economy/.

[65] Dean Nelson, "Wikileaks Afghanistan: Iran accused of supporting Taliban attacks," The Telegraph, July 27, 2010, https://www.telegraph.co.uk/news/worldnews/asia/afghanistan/7910926/Wikileaks-Afghanistan-Iran-accused-of-supporting-Taliban-attacks.html.

was also utilized "distribute Iranian provided funds to the fighters' families." In 2010, the Bagram Air Base based Theater Intelligence Group reported the IRGC was paying the Taliban $1,000 per killed U.S. serviceman and $6,000 for each destroyed U.S. vehicle.[66]

50.     With these incentives in place, it is easy to recognize that it would be within the Taliban's interest to comply with Iran's wishes to target and kill more Americans.

## VIII.  DISPELLING CONTROVERSY OVER THE ATTACKERS

51.     There has been some mixed reporting dealing with claims of responsibility for the Zanbaq Square attack. However, this was due in large part to the Haqqani Network seeking to send mixed messages and is reflective of strategies used by Iran and its proxies when claiming major attacks. In June 2017, two weeks after the attack, it was claimed in the Afghan Khaama press that the group denied involvement.[67] Aamaj News, another Afghan publication, reported that the Haqqanis had claimed the attack in a later audio tape.[68] The crafting of ambiguity in where the attack may have originated helps obscure a group from receiving retribution from its targets. This format is another commonly utilized tactic by Iranian-backed groups.

52.     Similarly, while many correctly attribute the 1983 attacks against the U.S. embassy in Beirut and the U.S. Marine Corps Barracks bombing to Lebanese Hizballah, the group claimed responsibility was the Islamic Jihad Organization. This was the case with numerous other attacks executed by Lebanese Hizballah.[69] Lebanese Hizballah utilized

---

[66] Shawn Snow, "Iran's support to the Taliban, which has included MANPADS and a bounty on US troops, could be a spoiler for peace in Afghanistan," Military Times, January 14, 2020, https://www.militarytimes.com/flashpoints/2020/01/14/iran-support-to-the-taliban-which-has-included-manpads-and-a-bounty-on-us-troops-could-be-a-spoiler-for-peace-in-afghanistan/.

[67] Khaama Press, "Haqqani network leader releases new audio message after deadly Kabul attacks," June 12, 2017, https://www.khaama.com/haqqani-network-leader-releases-new-audio-message-after-deadly-kabul-attacks-02918/.

[68] Aamaj News, "The Haqqanis nothing to do with many of the attacks: Anas Haqqani," https://aamajnews24.com/haqqani-16.

[69] "Lebanon - Party of God," Frontline - PBS, May 2003, https://www.pbs.org/frontlineworld/stories/lebanon/tl03.html.

numerous front names to claim responsibility for actions only executed by that group. During the 1994 AMIA bombing in Buenos Aires, a Hizballah crafted VBIED operation that took the lives of 85 victims, a group calling itself Ansar Allah (sometimes spelled Ansarollah, or the Partisans of God) claimed responsibility. The Canadian government formally lists many of the front names Lebanese Hizballah used.[70]

53.     The multitude of names helps craft what can best be referred to as a policy of implausible plausible deniability. While the Haqqani Network did not employ the use of a front name, it instead used another form of the implausible plausible deniability tactic wherein the attack can be tied to a main group, but the group backs away from fully claiming it to send a variety of different signals to different analytical communities, populations, and governments. In respect to the Zanbaq Square bombing, the Haqqani Network used the skills pioneered by Iranian-backed groups to sew fear among Afghans, craft a notion of weak protection and power projection from Western foes, (particularly the United States), and punish those it had cast as its enemies. This policy of weak self-attribution for attacks extends to the Haqqani Network in other ways.

54.     Two main cases of attacks by Iranian proxy Lebanese Hizballah follow a similar path to Iran's support for the Haqqani Network and the lack of a proper claim of responsibility. In 2005, the killing of former Lebanese Prime Minister Rafiq al-Hariri, via a VBIED, involved a complex form of masking Lebanese Hizballah and Iranian involvement. Following the attack, a previously unknown group, Nusra w al-Jihad fi Bilad al-Sham claimed responsibility.[71] Despite this claim, a U.N. special tribunal prosecuted four members of Lebanese Hizballah, and

---

[70] "Currently listed entities," Government of Canada - Public Safety Canada, https://www.publicsafety.gc.ca/cnt/ntnl-scrt/cntr-trrrsm/lstd-ntts/crrnt-lstd-ntts-en.aspx.

[71] "Jami'ah al-nusra w al-jihad fi bilad alsham tatbna ightiil al-hariri," al-Jazeera, https://tinyurl.com/yc8n7ufa (note: the taped claim of responsibility is included in the report).

convicted one of them for Hariri's murder.[72] Similarly, in 2012, a tourist bus at Burgas Airport in Bulgaria was attacked by a suicide bomber, killing six civilians. A previously unheard of group calling itself Qa'ida al-Jihad claimed responsibility.[73] Lebanese Hizballah sought to obscure its direct involvement in the operation by crafting a front group that would appear to show a link to a Sunni extremist group such as al-Qa'ida. Still, most security, governmental, judicial, and intelligence figures linked the attack directly to Hizballah and its operatives were indicted.[74]

55.     While the aforementioned cases directly involved of Lebanese Hizballah and Iran, the actions by the Haqqani Network represent another form of Iranian proxy utilization. For the Zanbaq Square bombing, instead of using a more directly controlled proxy (such as Lebanese Hizballah) and manufacturing a Sunni extremist group to confuse and take responsibility, Iran could supply the Haqqani Network, allow them autonomy to carry out the attack, and then disguise their indirect and direct involvement with focus on another group with which Iran had a fraught relationship. All told, the pattern of claims and attribution of responsibility regarding this attack does not detract from my overall opinions.

## IX.     THE THOUGHT PROCESS BEHIND A SECONDARY TARGET

56.     It is entirely possible that the Zanbaq Square VBIED was initially focused on another primary target. The bomb left a massive crater outside of the German embassy and entrance way to the main Coalition Forces (which mainly included U.S. forces) base in the area.[75] This suggests the bomb was meant for an American target or for the German embassy neighboring the blast.

---

[72] Toby Sterling and Bart H. Meijer, "U.N. tribunal convicts Hezbollah defendant in Hariri assassination case," Reuters, August 17, 2020, https://www.reuters.com/article/uk-lebanon-tribunal-hariri-idUKKCN25E001.
[73] "Hujum burghas..hayrat al-jami'ah w ayaqiin netanyah," al-Jazeera,  July 22, 2012, https://tinyurl.com/44j2m354.
[74] "Bulgaria court convicts two over 2012 Burgas bus attack on Israelis," BBC, September 21, 2020, https://www.bbc.com/news/world-europe-54240101.
[75] "Kabul bomb: Diplomatic zone attack kills dozens," BBC, May 31, 2017, https://www.bbc.com/news/world-asia-40102903.

57.     Choosing a secondary target often allows for a further hit against the main enemy. The possibility of suicide bomber errors, through confusion about the targeting site, an inability to reach the primary targeting location (due to security or other obstacles) is always a distinct possibility. Albeit, with such a powerful explosive aimed at a high security area,[76] and the amount of planning that goes into such an attack, it is highly likely that this secondary target was surveyed or at least shared with the VBIED's driver.

58.     While the concept of planning for a secondary target is hardly a new strategy used in warfare, the high potential that the attack was likely planned to be executed as a high casualty event targeting U.S. forces and personnel highlights shared interests with Iran and demonstrates how such an attack could likely be intended to be used by the Haqqani Network and the Taliban to curry favor with the Iranians.

## VIII.   CONCLUSIONS

59.     The following opinions are each held to a reasonable degree of professional certainty, based on my experience, education, and research.

60.     Iran's grand strategic position vis-à-vis the United States circa May 2019 was to exact casualties to achieve a strategic defeat for the United States throughout various theaters in the Middle East, specifically including Afghanistan.

61.     Iran has exerted growing amounts of influence over the Taliban and the Haqqani Network, with the frequency and scope of that support escalating beginning in 2014 and continuing in earnest throughout all time periods relevant to this case. Iran maintained direct and

---

[76] Rahim Faiez and Kathy Gannon, "Truck bomb kills 90, wounds hundreds in Afghan capital," Associated Press, May 31, 2017, https://www.concordmonitor.com/Truck-bomb-kills-90-wounds-hundreds-in-Afghan-capital-10427307.

indirect financial, social, and political links to the core of the Taliban's leadership and numerous splinter groups, including the Haqqani Network.

62.     The Taliban and the Haqqani Network have been the recipients of purposeful and intentionally directed Iranian assistance, including the transfer of Iranian tactics, capital, weapons systems, and technology related to explosive devices, particularly VBIEDs.

63.     Iranian proxy group strategy does not always utilize direct or full control over elements it wishes to deploy against the United States, but seeks to engage and develop groups with a variety of ideological, sectarian, and regional stripes to target American personnel and interests. The Taliban and the Haqqani Network represent two such groups.

64.     While the Taliban, in concert with the Haqqani Network, pursued goals in Afghanistan for its own purposes, funds, equipment, and training provided by the Islamic Republic of Iran offered further motivation and capability for increasingly advanced Taliban attacks targeting Americans, including the Zanbaq Square bombing.

65.     The Taliban and the Haqqani Network, acting in concert, carried out the Zanbaq Square bombing on May 31, 2017. There is no reasonable explanation of the facts other than that these two groups were responsible for this bombing.

66.     The Taliban and Haqqani Network bombing of Zanbaq Square in May 2019 was committed with Iranian support, inspiration, and funding, and the primary target of the Zanbaq Square bombing was American personnel and their allies.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Signed this 24th day of February, 2023.

Phillip Smyth