UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**M.M.**, individually, as the father of JOHN DOE 1, and as the legal representative of the ESTATE OF JOHN DOE 1, *et al.*,

    Plaintiffs,

v.

**ISLAMIC REPUBLIC OF IRAN**,

    Defendant.

Case No. 1:21-cv-2783 (TNM)

## ORDER

Upon consideration of Plaintiffs' [27] Motion for Default Judgment, the pleadings, and the relevant law, it is hereby

**ORDERED** that Plaintiffs' [27] Motion for Default Judgment is GRANTED IN PART and DENIED IN PART. Plaintiffs are awarded the following damages:

1. For Counts I and IX, on behalf of the Estate of John Doe 1 and his immediate family, a total sum of $22,740,644, which consists of:

    a. Economic damages in the amount of $120,322 to the Estate of John Doe 1;

    b. Solatium damages for the family of John Doe 1 in a total amount of $22,500,000, to be apportioned as follows:

        i. $5,000,000 to M.M., the father of John Doe 1;

        ii. $5,000,000 to Ha., the mother of John Doe 1;

        iii. $2,500,000 to A.M., the brother of John Doe 1;

        iv. $2,500,000 to A.Z., brother of John Doe 1;

        v. $2,500,000 to Ma., brother of John Doe 1;

        vi. $2,500,000 to Mu., sister of John Doe 1;

      vii. $2,500,000 to Zu., sister of John Doe 1; and

  c. Punitive damages in the amount of $120,322 to the Estate of John Doe 1.

2. For Counts II and IX, on behalf of the Estate of John Doe 2 and his immediate family, a total sum of $33,155,014, which consists of:

  a. Economic damages in the amount of $77,507 to the Estate of John Doe 2;

  b. Solatium damages for the family of John Doe 2 in a total amount of $33,000,000, to be apportioned as follows:

      i. $2,500,000 to A.F., brother of John Doe 2;

      ii. $8,000,000 to R.S., widow of John Doe 2;

      iii. $5,000,000 to M.H.M., son of John Doe 2;

      iv. $5,000,000 to M.Y., father of John Doe 2;

      v. $5,000,000 to Na., mother of John Doe 2;

      vi. $2,500,000 to A.Fd., brother of John Doe 2;

      vii. $2,500,000 to M.A., brother of John Doe 2; and

      viii. $2,500,000 to Di., sister of John Doe 2.

  c. Punitive damages in the amount of $77,507 to the Estate of John Doe 2.

3. For Counts III and IX, on behalf of the Estate of John Doe 3 and his immediate family, a total sum of $30,802,790, which consists of:

  a. Economic damages in the amount of $151,395 to the Estate of John Doe 3;

  b. Solatium damages for the family of John Doe 3 in a total amount of $30,500,000, to be apportioned as follows:

      i. $8,000,000 to Mz., widow of John Doe 3;

      ii. $5,000,000 to Mb., son of John Doe 3;

   iii. $5,000,000 to Be., daughter of John Doe 3;

   iv. $5,000,000 to M.B., father of John Doe 3;

   v. $5,000,000 to B.S., mother of John Doe 3; and

   vi. $2,500,000 to G.B., brother of John Doe 3.

   c. Punitive damages in the amount of $151,395 to the Estate of John Doe 3.

4. For Counts IV and IX, on behalf of the Estate of John Doe 4 and his immediate family, a total sum of $35,765,082, which consists of:

   a. Economic damages in the amount of $132,541 to the Estate of John Doe 4;

   b. Solatium damages for the family of John Doe 4 in a total amount of $35,500,000, to be apportioned as follows:

   i. $8,000,000 to Za., widow of John Doe 4;

   ii. $5,000,000 to Du., daughter of John Doe 4;

   iii. $5,000,000 to Ne., daughter of John Doe 4;

   iv. $5,000,000 to A.G., mother of John Doe 4;

   v. $2,500,000 to Se., brother of John Doe 4;

   vi. $2,500,000 to Qu., brother of John Doe 4;

   vii. $2,500,000 to Sh., brother of John Doe 4;

   viii. $2,500,000 to Sa., brother of John Doe 4; and

   ix. $2,500,000 to Ns., sister of John Doe 4.

   c. Punitive damages in the amount of $132,541 to the Estate of John Doe 4.

5. For Counts V and IX, on behalf of the Estate of John Doe 5 and his immediate family, a total sum of $20,634,242, which consists of:

   a. Economic damages in the amount of $67,121 to the Estate of John Doe 5;

 b. Solatium damages for the family of John Doe 5 in a total amount of $20,500,000, to be apportioned as follows:

  i. $8,000,000 to So., widow of John Doe 5;

  ii. $5,000,000 to Nm., son of John Doe 5;

  iii. $5,000,000 to Pa., daughter of John Doe 5; and

  iv. $2,500,000 to Es., brother of John Doe 5.

 c. Punitive damages in the amount of $67,121 to the Estate of John Doe 5.

6. For Counts VI and IX, on behalf of the Estate of John Doe 6 and his immediate family, a total sum of $53,158,096, which consists of:

 a. Economic damages in the amount of $79,048 to the Estate of John Doe 6;

 b. Solatium damages for the family of John Doe 6 in a total amount of $53,000,000, to be apportioned as follows:

  i. $8,000,000 to G.G., widow of John Doe 6;

  ii. $5,000,000 to Sk., daughter of John Doe 6;

  iii. $5,000,000 to Ta., son of John Doe 6;

  iv. $5,000,000 to Sm., son of John Doe 6;

  v. $5,000,000 to Ra., son of John Doe 6;

  vi. $5,000,000 to Fa., daughter of John Doe 6;

  vii. $5,000,000 to Mt., son of John Doe 6;

  viii. $5,000,000 to Om., son of John Doe 6;

  ix. $5,000,000 to B.B., mother of John Doe 6;

  x. $2,500,000 to B.Z., sister of John Doe 6; and

  xi. $2,500,000 to Hk., sister of John Doe 6.

    c. Punitive damages in the amount of $79,048 to the Estate of John Doe 6.

7. For Counts VII and IX, on behalf of the Estate of John Doe 7 and his immediate family, a total sum of $24,676,376, which consists of:

    a. Economic damages in the amount of $838,188 to the Estate of John Doe 7;

    b. Solatium damages for the family of John Doe 7 in a total amount of $23,000,000, to be apportioned as follows:

        i. $8,000,000 to N.E., widow of John Doe 7;

        ii. $5,000,000 to S.E., daughter of John Doe 7;

        iii. $5,000,000 to E.E., son of John Doe 7; and

        iv. $5,000,000 to Sa.E., daughter of John Doe 7.

    c. Punitive damages in the amount of $838,188 to the Estate of John Doe 7.

8. For Counts VIII and IX, on behalf of the Estate of John Doe 8 and his immediate family, a total sum of $20,386,354, which consists of:

    a. Economic damages in the amount of $193,177 to the Estate of John Doe 8;

    b. Solatium damages for the family of John Doe 8 in a total amount of $20,000,000, to be apportioned as follows:

        i. $5,000,000 to M.Q.G., the father of John Doe 8;

        ii. $5,000,000 to F.G., mother of John Doe 8;

        iii. $2,500,000 to B.G., brother of John Doe 8;

        iv. $2,500,000 to M.G., sister of John Doe 8;

        v. $2,500,000 to T.G., sister of John Doe 8; and

        vi. $2,500,000 to M.O.G., brother of John Doe 8.

    c. Punitive damages in the amount of $193,177 to the Estate of John Doe 8.

The Clerk of Court is requested to close this case. This is a final, appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Dated: December 22, 2023                                             TREVOR N. McFADDEN, U.S.D.J.