UNITED STATES DISTRICT AND
BANKRUPTCY COURT
THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

Retail



  00181

U.S. POSTAGE PAID
FCPIS
WASHINGTON, DC 20210
APR 03, 2024

**$63.10**

R2305K137042-16



RETURN RECEIPT REQUESTED



APR 04 2024
QURSEEN-MORRIS P&DC FACILITY 20036
REGISTRY SECTION

Islamic Republic of Iran
Attn: Foreign Minister Hossein amir-Abdollahian
Ministry of Foreign Affairs
Khomeini Avenue
United Nations Street
Tehran, Iran





CN22-CUSTOMS DECLARATION
Origin Post: US Postal Service
Date of Mailing: 04/03/2024
Category of Item: Document
AES/ITN/Exemptions: NOEEI 30.37(a)
Detailed description of contents

DOCUMENTS

| Qty | Wgt (lb/oz) | Value (US$) | HS Tariff Number Country of Origin |
|---|---|---|---|
| 50 | 1  2 | 5.00 | |
| 1 | 2 | 5.00 | TOTAL |

FROM: CLERK OF COURT US DISTRICT COURT CLERK OFFICE
333 CONSTITUTION AVE NW
WASHINGTON, DC 20001

TO: FOREIGN MINISTER HOSSEIN AMIR ABDOLLAHIAN
MINISTRY OF FOREIGN AFFAIRS ISLAMIC REPUBLIC
KHOMEINI AVENUE UNITED NATIONS STREET
TEHRAN
IRAN

F   Not Valid As Proof-Of-Payment For U. S. Postage

1.1

